No. D–1869. IN RE DISBARMENT OF STEINBERG. Disbarment entered. [For earlier order herein, see *ante*, p. 946.]

No. D–1871. IN RE DISBARMENT OF TOKARS. Disbarment entered. [For earlier order herein, see *ante*, p. 964.]

No. D–1874. IN RE DISBARMENT OF FRUITBINE. Disbarment entered. [For earlier order herein, see *ante*, p. 980.]

No. D–1875. IN RE DISBARMENT OF FELTON. Disbarment entered. [For earlier order herein, see *ante*, p. 980.]

No. D–1891. IN RE DISBARMENT OF SINGER. Donald I. Singer, of Des Plains, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1892. IN RE DISBARMENT OF PAIRO. Richard Hughes Pairo, of Ocean City, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1893. IN RE DISBARMENT OF CALHOUN. Paul W. Calhoun, Jr., of Vidalia, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1894. IN RE DISBARMENT OF CHRISTIE. Robert Michael Christie, of East Orange, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1895. IN RE DISBARMENT OF JACKSON. Clayton R. Jackson, of Sausalito, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.